UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN FLETCHER, | Case No. 1:23-cv-00377-EPG (PC) |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| DEPARTMENT OF STATE HOSPITALS-COALINGA, et al., | |
| Defendants. | |

Plaintiff Allan Fletcher, a civil detainee proceeding *pro se*, filed this civil action in the Fresno County Superior Court regarding the alleged improper release of confidential records from the Department of State Hospitals—Coalinga. (ECF No. 1). This case was removed to this Court on March 13, 2023.

The Court has reviewed the complaint, and Plaintiff names a defendant that is employed in the Fresno Clerk's office.

Local Rule 120(f) states: "Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the District."

Here, given that Plaintiff's complaint names a defendant that is employed in the Fresno

Clerk's office, good cause exists to transfer this action from the Fresno Division to the Sacramento Division.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filing shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 I Street, Room 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **March 14, 2023**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE